6:05-cv-977-ORL-31DAB

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR
BREVARD COUNTY, FLORIDA

BERNADETTE KROECKER, and SEA AWAY
HABITAT TECHNOLOGIES, L.L.C, a Florida
Limited Liability Co.,

      Plaintiffs,

vs.                              CASE NO.: 05-CA-007385

LITTON LOAN SERVICING, L.P., a Foreign
Limited Partnership authorized to do
business in Florida,

      Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiffs, by and through their undersigned attorney, and sues the Defendant alleging:

### COUNT 1: BREACH OF AGREEMENT

1. This is an action for damages which exceed the sum of $15,000.00.

2. Plaintiff, Bernadette Kroecker (hereinafter Kroecker) is a resident of Brevard County, Florida.

3. Defendant, Litton Loan Servicing, L.P. is a foreign limited partnership doing business in the State of Florida.

4. On or about September 23, 2004, the Plaintiff and the Defendant entered into a Special

Forbearance Agreement, a copy of which is attached as Exhibit "A", whereby the Defendant agreed to undertake certain duties and obligations in exchange for adequate consideration from the Plaintiff.

5. Pursuant to the terms of the Special Forbearance Agreement, the Defendant agreed to not make reports to the respective credit bureaus regarding the nature or terms of the agreement, or to make reports regarding any late or missed payments, in exchange for which the Plaintiff agreed to make payments in accordance with the payment schedule included in the terms of the Agreement.

6. Plaintiff has fully performed in accordance with the terms and provisions of the Special Forbearance Agreement; Defendant breached the Agreement by making reports to the respective credit reporting agencies notwithstanding and in violation of the terms of the Special Forbearance Agreement.

7. As a result of the Defendant's Breach of the Special Forbearance Agreement, the Plaintiff has suffered damages and incurred costs and expenses which would not have otherwise been incurred but for the Breach by the Defendant.

WHEREFORE, Plaintiff demands judgment against the Defendant for damages, costs, interest, and all such other relief this Court deems just and proper.

## COUNT II: VIOLATION OF 15 U.S.C. §1681

8. This is an action for damages arising out of a violation of 15 U.S.C. §1681.

9. On or about September 23, 2004, Plaintiff, Kroecker and Defendant entered into a Special Forbearance Agreement, a copy of which is attached as Exhibit "A".

10. Notwithstanding the terms and provisions of the agreement whereby the Defendant

specifically agreed to not make any reports to the respective credit reporting agencies, the Defendant negligently made reports to the respective reporting agencies asserting that the Plaintiff was late on numerous occasions, notwithstanding the fact that the Plaintiff had fully complied with the terms and provisions of the Special Forbearance Agreement.

11. As a result of the negligence of the Defendant, the Plaintiff has suffered damages in the form of increased interest rates on her personal lines of credit and bank cards, increased interest rate charges on subsequent loans, along with other incidental and consequential damages associated therewith.

WHEREFORE, the Plaintiff demands judgment against the Defendant for damages, costs, and all such other relief this Court deems just and proper.

## COUNT III: DAMAGES SUFFERED BY SEA-AWAY HABITAT TECHNOLOGIES L.L.C.

12. This is an action for damages which exceed the sum of $15,000.00.

13. SEA-AWAY HABITAT TECHNOLOGIES, L.L.C. (Hereinafter SeaAway) is a Florida limited liability Company with its principal offices being located in Brevard County, Florida.

14. The managing member of SeaAway is Plaintiff Kroecker.

15. Plaintiff realleges paragraphs 1 through 7 herein.

16. Plaintiff, SeaAway was a direct and foreseeable third party beneficiary of the Agreement by and between the Plaintiff, Kroecker and the Defendant.

17. Because of the breach of the agreement by the Defendant with Kroecker, and the resulting damage to Plaintiff Kroecker's credit, Plaintiff, SeaAway has suffered damages in the form of an inability to obtain financing for certain projects and business activities as its

credit is necessarily tied to that of Kroecker.

WHEREFORE, Plaintiff, SeaAway demands judgment for damages, costs, interest and all such other relief this Court deems just and proper.

MARK H. HUTCHISON, ESQ.
FLORIDA BAR NO.: 0854832
Law Offices of Mark H. Hutchison
1101 WEST FIRST STREET
SANFORD, FLORIDA 32771
PHONE:      (407) 323-7711
FACSIMILE:  (407) 323-5533
Attorney for Plaintiffs

# LITTON LOAN SERVICING LP
*An affiliate of C-Bass*

4828 Loop Central Dr  
Houston, Texas 77081  
www.littonloan.com

Telephone 713 960 9676  
Fax 713 966 8906  
Western Union Quick Collect: LITTON TX

(copies)

Bernadette Kroecker  
3747 S Ridge Circle  
Titusville, FL 32796

9/23/2004

Faxed  
9/29/04  
11:30 p.m.

## SPECIAL FORBEARANCE AGREEMENT

RE: Litton Loan Number: 11752036  
Property address:   3747 S Ridge Circle  
               Titusville, FL

Dear Bernadette Kroecker, :

Litton Loan Servicing LP has agreed to enter into a Special Forbearance Plan with you due to your financial situation resulting from the devastating disaster that has occurred. According to the terms of this Special Forbearance Agreement set forth by Litton Loan Servicing LP your monthly mortgage payment(s) will be suspended for a period of 30 Days days until 11/1/2004. The suspended payments and any other arrearages will be repaid during the term of this special forbearance commencing with your 11/1/2004 payment. Your loan is presently due for 10/1/2004.

Please sign and return this Special Forbearance Agreement immediately.

| Plan Due Date | Amount |
| --- | --- |
| 11/1/2004 | $1660.05 |
| 12/1/2004 | $1,660.05 |
| 1/1/2005 | $1,660.05 |
| 2/1/2005 | $1,660.05 |
| 3/1/2005 | $1,660.05 |
| 4/1/2005 | $1,660.05 |

LITTON LOAN SERVICING LP IS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT YOUR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Page 1 of 2

Exhibit "A"

You will not be reported to the credit bureau nor will late charges be assessed to your account during the term of this special forbearance agreement. When making your last payment, please contact our office.

Each payment must be received on or before the designated due date. If a payment is not received by the Special Forbearance Agreement due date, the borrower shall be deemed to be in material default of the special forbearance agreement and the lender shall have the right to proceed with collection efforts. The lender shall not be required to give any notice of default.

If the debtor files bankruptcy during the course of this Special Forbearance Agreement, this agreement will be deemed null and void.

Litton Loan Servicing LP may find it necessary to increase you regular monthly payments during this special forbearance plan to cover necessary and/or required payment changes such as escrow disbursements and/or ARM adjustments. Please adjust your payments accordingly.

Sincerely,

LITTON LOAN SERVICING LP


I agree and accept the terms of this Forbearance Agreement.

_____
Bernadette Kroecker

Sept 24, 2004
_____
Date

_____
Date

_____


LITTON LOAN SERVICING LP IS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT YOUR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Page 2 of 2